UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE D. NOBLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1164** |
| **JEAN LLOVET (DIRECTOR)** | **SECTION "I"(4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint filed by Clarence D. Noble against Jean Llovet is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER ORDERED** that defendant's motion to dismiss (Rec. Doc. No. 13) is **DISMISSED WITHOUT PREJUDICE** as moot.

New Orleans, Louisiana, this    7th    day of December, 2011.

                                                  **LANCE M. AFRICK**
                                        **UNITED STATES DISTRICT JUDGE**